IN RE RESIDENCE–EMPLOYEE EXCEPTION IN HOMEOWNER'S INSURANCE POLICY CASES.

[Cite as *In re Residence–Employee Exception in Homeowner's Ins. Policy Cases,* 98 Ohio St.3d 119, 2002-Ohio-7075.]

(Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1} The following dispositions of currently pending appeals are hereby entered based on our decision in *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262.

I

{¶ 2} The judgments of the courts of appeals in the following cases are affirmed:

{¶ 3} 2001–2090. *Grabowski v. Natl. Fire Ins. Co.* (Nov. 1, 2001), Cuyahoga App. No. 78712, 2001 WL 1398449.

{¶ 4} 2001–2155. *Bergstrom v. State Farm Fire & Cas. Co.* (Dec. 6, 2001), Cuyahoga App. No. 79775, 2001 WL 1557518.

{¶ 5} 2001–2257. *Haberley v. Nationwide Mut. Fire Ins. Co.* (Dec. 13, 2001), Cuyahoga App. No. 80006, 2001 WL 1609025.

{¶ 6} 2002–0223 and 2002–0352. *Vohsing v. Auto–Owners Ins. Co.* (Jan. 14, 2002), Licking App. No. 01–CA–56, 2002 WL 54650.

{¶ 7} 2002–0369. *Trussell v. United Ohio Ins. Co.* (Jan. 16, 2002), Perry App. No. 01–CA–15, 2002 WL 91887.

{¶ 8} 2002–0505. *Mattox v. Allstate Ins. Co.* (Mar. 25, 2002), Stark App. No. 2001CA218, 2002 WL 465276.

{¶ 9}   2002–0597.   *Westmark v. Farmers Ins. of Columbus, Inc.* (Mar. 29, 2002), Fulton App. No. F–01–018, 2002 WL 479831.

{¶ 10}   2002–0666.   *Ruiz v. Rygalski* (Mar. 29, 2002), Lucas App. No. L–01–1363, 2002 WL 471707.

{¶ 11}   2002–0947 and 2002–0987.   *Cox v. Nationwide Ins. Co.*, Richland App. No. 01CA97, 2002-Ohio-2524, 2002 WL 987304.

{¶ 12}   2002–1079 and 2002–1109.   *Ramsey v. State Farm Fire & Cas. Co.*, Licking App. No. 2001CA00124, 2002-Ohio-2547, 2002 WL 1270897.

{¶ 13}   2002–1140.   *Stevens v. Allstate Ins. Co.*, Lucas App. No. L–02–1003, 2002-Ohio-3044, 2002 WL 1371034.

{¶ 14}   2002–1299.   *Sowards v. W. Res. Mut. Cas. Co.*, Pike App. No. 01CA675, 2002-Ohio-4409, 2002 WL 1972960.

{¶ 15}   2002–1400.   *Gass v. Auto–Owners Ins. Co.*, Lucas App. No. L–02–1032, 2002-Ohio-3966, 2002 WL 1787969.

{¶ 16}   2002–1518.   *Maye v. Auto–Owners Ins. Co.*, Lucas App. No. L–01–1418, 2002-Ohio-3572, 2002 WL 1565510.


## II


{¶ 17}   The judgment of the court of appeals in the following case is reversed, and the judgment of the trial court is reinstated on the authority of *Hillyer v. State Farm Fire & Cas. Co.*, supra:

{¶ 18}   2002–0954.   *Allen v. Nationwide Ins. Co.*, Franklin App. No. 01AP–909, 2002-Ohio-2013, 2002 WL 723497.


## III


{¶ 19}   In the following cases, the discretionary appeals are allowed, and the judgments of the courts of appeals are affirmed:

{¶ 20}   2002–1522.   *Wetterau v. Utica Natl. Ins. Group*, Summit App. No. 20978, 2002-Ohio-3752, 2002 WL 31954598.

{¶ 21}   2002–1610.   *Combs v. Combs*, Meigs App. No. 02CA3, 2002-Ohio-4099, 2002 WL 1824971.

IV

{¶ 22}  In the following cases, the discretionary appeals are allowed, the court finds that a conflict exists on the certified questions, and the judgments of the courts of appeals are affirmed on the authority of *Hillyer v. State Farm Fire & Cas. Co.*, supra:

{¶ 23}  2002–1438 and 2002–1703.  *Boughan v. Grange Mut. Ins. Co.*, Allen App. No. 1–02–16, 2002-Ohio-3393, 2002 WL 1433857.

{¶ 24}  2002–1570 and 2002–1682.  *Zabukovec v. GRE Ins. Group*, Lake App. No. 2001–L–096, 2002-Ohio-4365, 2002 WL 1964777.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.